The People of the State of New York, Respondent,
against
Jose Sosa, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Heidi C. Cesare, J.), rendered March 11, 2015, convicting him, upon a plea of guilty, of disorderly conduct, and imposing sentence.




Per Curiam.
Judgment of conviction (Heidi C. Cesare, J.), rendered March 11, 2015, affirmed.
The accusatory instrument was not jurisdictionally defective. The "public space" element of the unlicensed general vending charge (see Administrative Code of City of New York § 20-452[d]) was satisfied by sworn police allegations that defendant was engaged in specified vending activities while standing behind a folding table "in front of 570 West 207th Street" (see People v Abdurraheem 94 AD3d 569, 570 [2012], lv denied 19 NY3d 970 [2012]; People v Jalloh, 53 Misc 3d 148[A], 2016 NY Slip Op 51634[U] [App Term, 1st Dept 2016], lv denied 28 NY3d 1185 [2017]; People v Fall, 44 Misc 3d 132[A], 2014 NY Slip Op 51126[U] [App Term, 1st Dept 2014], lv denied 24 NY3d 1083 [2014]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: September 15, 2017